# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,            )
        Plaintiff,            )   Case No. 2:15-cr-00125-APG-GWF
                              )
vs.                                  )   **ORDER**
                              )
RICHARD LEE SATERSTAD,               )
        Defendant.            )

      This matter is before the Court on Defendant Richard L. Saterstad's Request for Transcripts of all Court Proceedings (#30), filed on September 10, 2015.

      Defendant Saterstad requests copies of all Court transcripts for his hearings to date. He additionally requests copies of all documents filed by Defendant's former counsel Paul Riddle and by the United States. Defendant Saterstad is acting *pro-se*, and the information sought may be necessary for his defense. The Court finds that the Defendant is unable to pay the costs associated with these documents. Good cause appearing, the motion will be granted. Accordingly,

      **IT IS HEREBY ORDERED** that the Defendant's Request for Transcripts of all Court Proceedings (#30) is **granted**. The Clerk of the Court is hereby ordered to deliver transcripts of all Court proceedings to the Defendant at his current address. The Clerk of the Court is also ordered to deliver copies of all documents filed by Defendant's former counsel Paul Riddle or by the United States of America.

      **DATED** this 16th day of September, 2015.

                                              GEORGE FOLEY, JR.
                                              United States Magistrate Judge