# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | Case No. 2:15-cr-00125-APG-GWF |
| vs. ) | **ORDER** |
| RICHARD LEE SATERSTAD, ) | |
| Defendant. ) | |

This matter is before the Court on Defendant's Motion to Order (#28), filed on September 10, 2015.

Defendant represents that he requires additional funding to acquire supplies that would help in his defense. In a hearing held October 16, 2015, Defendant represented that his budget was limited by the prison. In order to pay for the copies, Defendant would have to sacrifice hygiene and writing materials until the account was paid. Defendant has sufficiently established good cause for granting an extension of his copywork limit. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's copywork limited shall be extended by $100.00.

**DATED** this 16th day of October, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge