# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Case No. 2:15-cr-00125-APG-GWF |
| vs. | ) | **ORDER** |
| RICHARD LEE SATERSTAD, | ) | |
| Defendant. | ) | |

This matter is before the Court on Defendant's Motion to Request Original Document (#51), filed on November 5, 2015. The Government's Response (#55) was filed on November 20, 2015.

Defendant requested the original warrant(s) and Indictment (#1) issued in this case. The Government argues that Defendant is not entitled to the Indictment (#1) signed by the grand jury foreperson, whether it be the original or a copy. The Government also argues that Defendant is not entitled to the original warrant(s) based on Rule 16 of the Federal Rules of Criminal Procedure. The Court agrees. Defendant is not entitled to a copy of the Indictment (#1) bearing the foreperson's signature to protect the safety of the grand jury foreperson. Additionally, pursuant to Fed.R.Crim.P. 16(a)(1)(E), the Government is not required to provide Defendant with the original Nevada State search warrant. Rather, Defendant is only entitled "to inspect and to copy" the search warrant. *Id.* Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion to Request Original Documents (#51) is **denied**.

DATED this 25th day of November, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge