# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>         Plaintiff,  )<br>vs.  )<br>RICHARD LEE SATERSTAD,  )<br>         Defendant.  ) | Case No. 2:15-cr-00125-APG-GWF<br><br>**ORDER** |

This matter is before the Court on Defendant's Motion for Reasonable Time to Prepare a Defense, Allow Access to Adequate Legal Materials, Allow a Defense Budget, and Adequate Medical Care (#41) filed on October 16, 2015.  The Court conducted a hearing on this matter on December 10, 2015.  Upon review and consideration,

**IT IS HEREBY ORDERED** that Defendant's Motion for Reasonable Time to Prepare a Defense, Allow Access to Adequate Legal Materials, Allow a Defense Budget, and Adequate Medical Care (#41) is **granted, in part**, as follows:  the Detention Center is to provide the Defendant with three (3) hours per day of law library time until further order of the Court.  A copy of this Order shall be provided to Deputy Marshal Carpenter to deliver to the appropriate Detention Center officers or employees responsible for the law library.

DATED this 10th day of December, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge