# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:15-cr-00125 -APG-GWF |
| Plaintiff, | **O R D E R** |
| v. | |
| RICHARD L. SATERSTAD, | |
| Defendant. | |

**IT IS HEREBY ORDERED** that the US Department of Parole & Probation will prepare a Pre-Plea Investigation Report of the Defendant Richard Lee Saterstad.  The scope of the Report shall be limited to determining the Defendant's criminal history level. The Report shall be made available to Defendant's counsel on or before February 23, 2016.

Dated:  December 23, 2015.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE