# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> RICHARD LEE SATERSTAD, ) <br> ) <br> Defendant. ) <br> _____ ) | Case No. 2:15-cr-00125-APG-GWF <br><br> **ORDER** |

This matter is before the Court on Defendant's Motion to Produce Documents (#64), filed on December 22, 2015.  Upon review and consideration,

**IT IS HEREBY ORDERED** that the Clerk of the Court shall provide Defendant with a copy of the Indictment as it is currently filed with the Court at docket #1.  However, Defendant is not entitled to a copy of the Indictment (#1) bearing the foreperson's signature to protect the safety of the grand jury foreperson.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall provide Defendant with the Minutes of Proceedings from his May 5, 2015 Initial Appearance, which is found at docket  #7.

**IT IS FURTHER ORDERED** that Defendant should request all notes pertaining to his case directly from his prior attorneys, Federal Public Defenders Paul Riddle and Elisa Vasquez.

DATED this 24th day of December, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge