# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> Plaintiff, ) <br> vs. ) <br> RICHARD LEE SATERSTAD, ) <br> Defendant. ) | Case No. 2:15-cr-00125-APG-GWF <br><br> **ORDER** |

This matter is before the Court on Defendant's Motion to Produce Documents (#63), filed on December 22, 2015.

Defendant requests that the Court assist him in requesting documents from the Lackland Air Force Base Hospital, the University of Michigan Hospital, and the C.C.A. Headquarters. However, Defendant fails to demonstrate how these documents relate to his defense. Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion to Produce Documents (#63) is **denied.**

DATED this 11th day of January, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge