# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 2:15-cr-00125-APG-GWF |
| vs. | **ORDER** |
| RICHARD LEE SATERSTAD, | |
| Defendant. | |

This matter is before the Court on Defendant's Motion to Produce Necessary Documents (#68), filed on February 5, 2016.

Defendant asserts that the Corrections Corporations of America's ("C.C.A.") previously alleged failure to provide Defendant with legal prints and resources denied him due process. The Court finds that this argument is not relevant to the defense in this case. Further, Defendant has not provided any information that he has not received or is currently having difficulty obtaining documents necessary for his defense. Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion to Produce Necessary Documents (#68) is **denied**.

DATED this 10th day of February, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge