**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. 2:15-cr-00125-APG-GWF |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| RICHARD LEE SATERSTAD, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

This matter is before the Court on Defendant's Motion to Reconsider (#73), filed on February 18, 2016.

Defendant requests the Court reconsider its Order (#68), which denied Defendant's request for assistance in obtaining a copy of the Corrections Corporation of America's ("C.C.A.") policies and procedures that relate to denying inmates legal prints containing the words "sovereign, strawman, etc." The Court found that Defendant's request was not relevant to his defense and that Defendant failed to provide the Court with evidence that he is currently having difficulty obtaining documents for his defense. *See Order (#69).*

Defendant's current request rests on the same flawed arguments as found in Defendant's Motion to Produce Necessary Documents (#68). Again, Defendant asserts that obtaining C.C.A.'s policy would show that Defendant was denied due process from the Nevada Southern Detention Center's failure to provide him with legal prints and resources, thereby obstructing the defense. Again, the Court finds that this argument is not relevant to the defense in this case. Further, Defendant has admitted that "[t]he time spent waiting for legal prints, as well as computer time in the law library are only now getting better." *Motion (#73), pg. 2, ln. 40-41.* As such, it appears that

1 | Defendant is able to obtain documents necessary for his defense.  Accordingly,

2 | **IT IS HEREBY ORDERED** that Defendant's Motion to Reconsider (#73) is **denied**.

3 | DATED this 9th day of March, 2016.

*[signature: George Foley Jr.]*
GEORGE FOLEY, JR.
United States Magistrate Judge