# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | Case No. 2:15-cr-00125-APG-GWF |
| vs. ) | **ORDER** |
| RICHARD LEE SATERSTAD, ) | |
| Defendant. ) | |

This matter is before the Court on Defendant's Motion to Produce Documents (ECF No. 98), filed on August 8, 2016. The Government filed a Response (ECF No. 100) on August 24, 2016.

Defendant requests that the Court compel the Government to produce "all pertinent documents, reports, videos, memoranda, notes, or any other forms used to obtain search warrant, by Det. Tooley, or other investigators, as mentioned in her reports." *Motion* (ECF No. 98), pg. 2, lns. 57–59. The Government represents, however, that it has provided Defendant with all of the information he seeks —first through counsel and then again directly delivered to Defendant. *See Response* (ECF No. 100). Based on the Government's representations that Defendant has been provided with all of the documents that he is entitled to under the Federal Rules of Criminal Procedure, the Court will deny Defendant's motion. Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion to Produce Documents (ECF No. 98) is **denied as moot**.

DATED this 6th day of September, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge