# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | Case No. 2:15-cr-00125-APG-GWF |
| vs. ) | **ORDER** |
| RICHARD LEE SATERSTAD, ) | |
| Defendant. ) | |

This matter is before the Court on the Government's Motion to Strike Defendant's "Motion to Produce Computer Programs, and Documentation" as Untimely (ECF No. 116), filed on November 1, 2016. Also before the Court is Defendant's Motion to Produce Computer Programs and Documentation (ECF No. 115), filed on October 18, 2016. The Court allowed Defendant until November 15, 2016 to file a response to the Government's motion. *See* ECF No. 117. However, Defendant did not file a response.

The deadline for filing motions in this case expired on September 9, 2016. *See* ECF No. 96. The Government argues that Defendant's motion to produce should be striken as untimely because it was filed over a month after the motions deadline and because Defendant failed to provide the Court with good cause to excuse its untimeliness. The Court agrees that Defendant's motion to produce is untimely. In addition, the Court notes that the information Defendant seeks appears to be a reiteration of previous requests made to the Court, which have already been dealt with. *See Orders* ECF Nos. 33, 36 and 103. Accordingly,

**IT IS HEREBY ORDERED** that the Government's Motion to Strike Defendant's "Motion to Produce Computer Programs, and Documentation" as Untimely (ECF No. 116) is **granted** to the extent that the Court will deny Defendant's motion to produce.

**IT IS FURTHER ORDERED** that Defendant's Motion to Produce Computer Programs and Documentation (ECF No. 115) is **denied**.

DATED this 16th day of November, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge