# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

RICHARD LEE SATERSTAD,

    Defendant.

Case No. 2:15-cr-00125-APG-GWF

**ORDER**

This matter is before the Court on Defendant's Motion for Emergency Court Order to Preserve Legal Materials (ECF No. 146), filed on October 30, 2017.

Defendant asserts that on October 17, 2017, officers at the Southern Nevada Detention Center confiscated his legal materials, which include books and a flash drive. Defendant represents that these materials are necessary to his defense and if not ordered otherwise, his materials will be destroyed within 30 days from the confiscation. Based on Defendant's representations, the Court will grant his request. Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion for Emergency Court Order to Preserve Legal Materials (ECF No. 146) is **granted**, as follows: the Southern Nevada Detention Center is hereby prohibited from disposing of Defendant's legal materials.

**IT IS FURTHER ORDERED** that the U.S. Marshals' Office shall provide a copy of this order to the Southern Nevada Detention Center.

**IT IS FURTHER ORDERED** that Defendant's standby counsel, Russell Marsh, Esq., is directed to contact the detention facility to determine if he may take possession of the materials on Defendant's behalf.

. . .

**IT IS FURTHER ORDERED** that the U.S. Marshals' Office or the Government shall file a status report no later than **November 9, 2017** that advises the Court whether Defendant's legal materials have been preserved in accordance with this order.

DATED this 2nd day of November, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge