# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|         Plaintiff, ) | Case No. 2:15-cr-00125-APG-GWF |
| vs. ) | **ORDER** |
| RICHARD LEE SATERSTAD, ) | |
|         Defendant. ) | |

This matter is before the Court on Defendant's Motion to Compel Discoverable Materials (ECF No. 147), filed on October 31, 2017. Pursuant to the Court's Minute Order (ECF No. 149), Defendant file a Certificate of Service on November 13, 2017 which demonstrated that the motion to compel was served on Cox Communications ("Cox"). *See* ECF No. 150. To date, Cox Communications has not opposed the motion and the time for opposition has now expired.

Defendant requests that he be provided with the "complete records from Cox Communications." Defendant represents that a subpoena was issued to Cox and that only partial records were provided in response. Defendant asserts that the complete records are necessary to his defense because they will form the basis of Defendant's challenge to the underlying warrant and investigation. Moreover, Defendant attached an affidavit from his computer expert that states what information is sought from Cox. The Court finds that Defendant has established how the subpoena to Cox may be necessary for an adequate defense. In addition, the Court finds that Defendant is unable to pay the costs associated with the issuance of the subpoena. Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion to Compel Discoverable Materials (ECF No. 147) is **granted**.

**IT IS FURTHER ORDERED** that Defendant shall submit to the Court a proposed subpoena to Cox Communications no later than **December 8, 2017**. Upon review and approval, the Court will then order that the subpoena be issued and served.

DATED this 29th day of November, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge