# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>RICHARD SATERSTAD,<br><br>Defendant | Case No.: 2:15-cr-0125-APG-GWF<br><br>**Order Setting Status Conference** |

Defendant Richard Saterstad has raised issues about his lack of contact with his court-appointed expert, Larry Smith. Messrs. Saterstad and Smith are hereby ordered to appear at a status conference on Tuesday, November 20, 2018 at 10:30 a.m. in Las Vegas courtroom 6C. Standby counsel James Oronoz and an Assistant United States Attorney with knowledge of discovery issues in this case shall also attend. All parties should be prepared to discuss the status of discovery, what additional discovery and inspections are needed, what other tasks must be accomplished to be ready for trial, and the specific trial dates.

Dated this 14th day of November, 2018.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE