# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:15-cr-0125-APG-GWF |
| Plaintiff | **VERDICT** |
| v. | |
| RICHARD SATERSTAD, | |
| Defendant | |

I find defendant Richard Saterstad guilty of the offense of Receipt or Distribution of Child Pornography in violation of 18 U.S.C. §2252A(a)(2).

Dated this 19th day of March, 2019.



ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

```
___FILED      ___RECEIVED
___ENTERED    ___SERVED ON
      COUNSEL/PARTIES OF RECORD

         MAR 19 2019

     CLERK US DISTRICT COURT
       DISTRICT OF NEVADA
BY:_____DEPUTY
```