# THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
# * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> RICHARD LEE SATERSTAD, <br><br> Defendant. | 2:15-cr-00125-APG-GWF-1 <br><br> DATE: March 18, 2019 <br><br> Courtroom 6C |

THE HONORABLE ANDREW P. GORDON, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK: Melissa Johansen   COURT RECORDER: Heather Newman

COUNSEL FOR PLAINTIFF: Kevin Schiff and Chris Burton

COUNSEL FOR DEFENDANT: Richard Lee Saterstad, pro se and Tom Ericsson, standby counsel

MINUTES OF PROCEEDINGS: Bench Trial (Day 1)

9:13 a.m. Court convenes.

The defendant is canvassed by the Court and indicates he voluntarily executed the written waiver of trial by jury. The Court finds the defendant's waiver of a right to a jury trial in this case is knowing, intelligent and voluntary, and the Government consents. The Court accepts the waiver.

As stated on the record, the Government's motions in limine #196 to exclude experts and #197 to exclude judicial findings are granted. Defendant's Motion in Limine #201 to suppress evidence is denied.

Mr. Burton informs the Court that the defendant has been provided with a copy of the Jencks Act statements by Detective Tooley. The defendant is not permitted to take the Grand Jury testimony to the holding cell or back to Pahrump. Trial matters are discussed.

9:51 a.m. Opening statements by Mr. Schiff.

The exclusionary rule is invoked.

Mr. Schiff calls **GREGORY SAWYER** to the stand. The witness is sworn and direct examination commences.

Court recessed from 10:41 a.m. – 10:54 a.m.

Mr. Saterstad commences cross examination of **GREGORY SAWYER**. Follow-up by the Court. Re-direct examination by Mr. Schiff. Follow-up by the Court. Mr. Saterstad conducts re-cross examination. Mr. Schiff conducts re-direct examination. The witness is excused.

Mr. Schiff calls **PETER HANNERS** to the stand. The witness is sworn and direct examination commences. Government's **Exhibit #10** is marked and admitted into evidence. Mr. Saterstad commences cross examination. The witness is excused.

Mr. Schiff calls **DETECTIVE SHANNON TOOLEY** to the stand. The witness is sworn and direct examination commences. Government's **Exhibits #1, #2, #9, #41, and #35** are marked and admitted into evidence.

Court recessed from 12:15 p.m. – 1:21 p.m.

**DETECTIVE SHANNON TOOLEY**, resumes the stand on direct examination. Government's **Exhibits #5, #10, #14, #22, and #25** are marked and admitted into evidence. Mr. Saterstad commences cross examination. Follow-up by the Court. Mr. Schiff conducts re-direct examination. Mr. Saterstad conducts re-cross examination. The witness is excused.

Mr. Burton calls **MATTHEW TRAFFORD** to the stand. The witness is sworn and direct examination commences. Government's **Exhibits #6, #7, #11-#13, and 15-21** are marked and admitted into evidence.

Court recessed from 3:15 p.m. – 3:22 p.m.

**MATTHEW TRAFFORD** resumes the stand on direct examination. Government's **Exhibits #23-#25**, **#26-#34, and #36-#40** are marked and admitted into evidence.

4:45 p.m.  The Court adjourns.

Bench Trial continued to **Tuesday, March 19, 2019 at 9:00 a.m.** in Courtroom 6C before Judge Andrew P. Gordon.

DEBRA K. KEMPI, CLERK
U.S. DISTRICT COURT

BY:＿＿＿＿＿/S/＿＿＿＿＿＿＿
Melissa Johansen, Deputy Clerk