**THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
\* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 2:15-cr-00125-APG-GWF-1 |
| vs. | DATE: March 19, 2019 |
| RICHARD LEE SATERSTAD, | Courtroom 6C |
| Defendant. | |

THE HONORABLE ANDREW P. GORDON, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK: Melissa Johansen     COURT RECORDER: Heather Newman

COUNSEL FOR PLAINTIFF:  Kevin Schiff and Chris Burton

COUNSEL FOR DEFENDANT:  Richard Lee Saterstad, pro se and Tom Ericsson, standby counsel

MINUTES OF PROCEEDINGS: Bench Trial (Day 2)

9:07 a.m.  Court convenes.

Defendant is present in custody.

Mr. Saterstad commences cross examination of **MATTHEW TRAFFORD**. Follow-up by the Court. Mr. Burton conducts re-direct examination. Mr. Saterstad conducts re-cross examination. Mr. Burton conducts re-direct examination, follow-up by the Court. The witness is excused.

Court recessed from 10:12 a.m. – 10:28 a.m.

Mr. Schiff calls **MARY PANOVICH** to the stand. The witness is sworn and direct examination commences. Government **Exhibit #42** is marked. Government **Exhibit #43** is marked and admitted into evidence. Mr. Saterstad commences cross examination. Mr. Schiff conducts re-direct examination. Mr. Saterstad conducts re-cross examination. The witness is excused.

Under oath, the Defendant is canvassed by the Court regarding his right to testify. The Court finds the defendant is competent to make this decision and he is making his decision not to testify knowingly and voluntarily.

Government rests.

Defendant rests.

Court recessed from 11:13 a.m. – 11:44 a.m.

Closing and rebuttal arguments are heard. Discussion is held regarding forfeiture allegations and proposed findings and conclusions.

Court recessed from 12:44 p.m. until 2:32 p.m.

The Court having reviewed the evidence finds the defendant guilty to the offense of Receipt or Distribution of Child Pornography in violation of 18 U.S.C. § 2252A(a)(2).

Sentencing set for <u>Tuesday, June 25, 2019 at 9:30 a.m.</u> in Courtroom 6C before Judge Andrew P. Gordon.

The Government is directed to retain, in secured custody, Government's **Exhibits #1, #7, # 9, #14, #22, #25, #35, #39, #41 and #43** for purposes of an appeal.

2:34 p.m.  Court adjourns.

    DEBRA K. KEMPI, CLERK
    U.S. DISTRICT COURT

    BY:_____/S/_____
    Melissa Johansen, Deputy Clerk