# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:15-CR-125-APG-GWF |
| Plaintiff, | **Preliminary Order of Forfeiture** |
| v. | |
| RICHARD LEE SATERSTAD, | |
| Defendant. | |

This Court finds Richard Lee Saterstad was found guilty of Count One of a One-Count Criminal Indictment charging him with receipt or distribution of child pornography in violation of 18 U.S.C. § 2252A(a)(2). Criminal Indictment, ECF No. 1; Verdict, ECF No. 219; Findings of Fact and Conclusions of Law, ECF No. 221; Minutes of Trial, ECF No. 223.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Amended Bill of Particulars and the Forfeiture Allegations of the Criminal Indictment and the offense to which Richard Lee Saterstad was found guilty. Criminal Indictment, ECF No. 1; Amended Bill of Particulars, ECF No. 85; Verdict, ECF No. 219; Findings of Fact and Conclusions of Law, ECF No. 221; Minutes of Trial, ECF No. 223.

The following property is (1) any visual depiction described in 18 U.S.C. § 2252A, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of 18 U.S.C. § 2252A(a)(2) and (2) any property, real or personal, used or intended to be used to commit or to promote the commission of 18 U.S.C. § 2252A(a)(2) or any property

traceable to such property, and is subject to forfeiture pursuant to 18 U.S.C. § 2253(a)(1) and 2253(a)(3):

1. Toshiba Satellite laptop computer, Model No. L305D-S5974, SN Y9311882Q;
2. Western Digital 1TB My Passport external hard drive, SN WXN1E32LZWDM;
3. Western Digital 1.5 TB external hard drive, Model No. WDBAAF0015HBK-00, SN WMAVU1064968;
4. Toshiba 250 GB SATA laptop hard drive, SN 20LB00JB1W1DPV;
5. 54 CD's & DVD's; and
6. Toshiba Satellite laptop computer, Model No. L45-S7409, SN X7071397R

(all of which constitutes property).

This Court finds that the United States of America may amend this order at any time to add subsequently located property or substitute property to the forfeiture order pursuant to Fed. R. Crim. P. 32.2(b)(2)(C) and 32.2(e).

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all possessory rights, ownership rights, and all rights, titles, and interests of Richard Lee Saterstad in the aforementioned property are forfeited and are vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the

/ / /

government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and 21 U.S.C. § 853(n)(2).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any individual or entity who claims an interest in the aforementioned property must file a petition for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, which petition shall be signed by the petitioner under penalty of perjury pursuant to 21 U.S.C. § 853(n)(3) and 28 U.S.C. § 1746, and shall set forth the nature and extent of the petitioner's right, title, or interest in the forfeited property and any additional facts supporting the petitioner's petition and the relief sought.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101, no later than thirty (30) days after the notice is sent or, if direct notice was not sent, no later than sixty (60) days after the first day of the publication on the official internet government forfeiture site, www.forfeiture.gov.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

>  Daniel D. Hollingsworth
>  Assistant United States Attorney
>  501 Las Vegas Boulevard South, Suite 1100
>  Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

*/ / /*

*/ / /*

*/ / /*

*/ / /*

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

Dated: April 23, 2019.

_____
HONORABLE ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

A copy of the foregoing was served upon counsel of record via Electronic Filing on April 22, 2019.

                                                          /s/ Heidi L. Skillin
                                                        HEIDI L. SKILLIN
                                                        FSA Contractor Paralegal