UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No. 2:15-CR-00125-APG-EJY |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| RICHARD LEE SATERSTAD, | |
| Defendants | |

Before the Court is Defendant Richard Saterstad's Motion to Request Transcripts and Court Records (ECF No. 239). Defendant is represented by Counsel and on that basis this Motion is DENIED as moot and without prejudice.

DATED: September 30, 2019

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE