Alyssa Bell (Bar No. 287751)
Abell@cohen-williams.com
**COHEN WILLIAMS LLP**
724 S. Spring Street, 9th Floor
Los Angeles, California 90014
Telephone: (213) 232-5160
Facsimile: (213) 232-5167

Attorney for Defendant
Richard Lee Saterstad

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RICHARD LEE SATERSTAD,<br><br>　　　　　Defendant. | Case No. 2:15-cr-125-APG-EJY<br><br>**ORDER DISCLOSING UNDER SEAL TRANSCRIPTS TO DEFENSE COUNSEL FOR PURPOSES OF APPEAL** |

　　　GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that the court reporter shall prepare and disclose to defense counsel the transcripts for the sealed proceedings on December 10, 2015 and October 2, 2018, for purposes of appeal. The transcripts shall remain sealed for all other purposes absent further order of the Court.

　　　IT IS SO ORDERED.

　　　Dated: December 5, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE