**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA, )
        Plaintiff, ) Case No. 2:15-cr-125-APG-EJY
)
vs. )
) **ORDER TEMPORARILY**
) **UNSEALING NOTES**
RICHARD LEE SATERSTAD, )
        Defendant. )

On 12-13-2019, Heather K. Newman, Transcriber, received a Transcript Order form requesting a transcript of the Motion Hearing, held on 10-6-2016, from Alyssa Bell, in which a portion of the hearing was sealed.

**IT IS THE ORDER OF THE COURT** that the sealed transcript shall be unsealed for the limited purpose of providing a copy of the transcript as requested by Alyssa Bell.

**IT IS FURTHER ORDERED** that the sealed transcript shall thereafter be resealed, and a certified copy of the transcript be delivered to the Clerk pursuant to 28, U.S.C., Section 753(b), until further order of this Court.

**IT IS FURTHER ORDERED** that the receiving party shall not disclose the sealed contents of the transcript of the proceeding to anyone other than the representatives of the parties directly concerned with this case.

DATED this 26th day of February, 2020.

_____
Andrew P. Gordon
United States District Judge