1   **UNITED STATES DISTRICT COURT**
    **DISTRICT OF NEVADA**
2

3   UNITED STATES OF AMERICA,          )
                      Plaintiff,       )   **Case No. 2:15-cr-125-APG-EJY**
4                                      )
5        vs.                           )
                                       )       **ORDER TEMPORARILY**
    RICHARD LEE SATERSTAD,             )       **UNSEALING NOTES**
6                   Defendant.         )

7

8        On 12-13-2019, Heather K. Newman, Transcriber, received

9   a Transcript Order form requesting a transcript of the Motion

10  Hearing, held on 10-2-2018, from Alyssa Bell, in which a portion

11  of the hearing was sealed.

12       **IT IS THE ORDER OF THE COURT** that the sealed transcript

13  shall be unsealed for the limited purpose of providing a copy of

14  the transcript as requested by Alyssa Bell.

15       **IT IS FURTHER ORDERED** that the sealed transcript shall

16  thereafter be resealed, and a certified copy of the transcript

17  be delivered to the Clerk pursuant to 28, U.S.C., Section

18  753(b), until further order of this Court.

19       **IT IS FURTHER ORDERED** that the receiving party shall

20  not disclose the sealed contents of the transcript of the

21  proceeding to anyone other than the representatives of the

22  parties directly concerned with this case.

23       DATED this _26ᵗ_ day of _February_, 2020.

24       _____
                      Andrew P. Gordon
25                    United States District Judge