# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff<br><br>v.<br><br>RICHARD SATERSTAD,<br><br>　　　Defendant | Case No.: 2:15-cr-0125-APG-EJY<br><br>**Order Granting Motion to Change Restitution Victim**<br><br>[ECF No. 287] |

Kendra Oven moved to change the victim currently listed in court records as "Carol L. Hepburn, in trust for Jan_Socks1 – 'Sierra'" to "Kendra M. Oven LLC COLTAF for Jan_Socks1 – Sierra." ECF No. 287. No opposition has been filed and the motion is supported by good cause.

I THEREFORE ORDER that the motion is granted and the victim currently listed in court records as "Carol L. Hepburn, in trust for Jan_Socks1 – 'Sierra'" is changed to "Kendra M. Oven LLC COLTAF for Jan_Socks1 – Sierra." All future payments to this victim are to be sent to P.O. Box 41, Pueblo, Colorado 81002.

Dated this 27th day of May, 2025.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE